# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

ZACH HILLESHEIM,

    Plaintiff,

v.                                **ORDER**
                                Civil File No. 16-2989 (MJD/LIB)

CARLSON HARDWARE CO.,
BERNARD CARLSON, and
ETHEL CARLSON,

    Defendants.

Padraigin Browne, Browne Law LLC, Counsel for Plaintiff.

David M. Wilk and Stephanie L. Chandler, Larson King, LLP, Counsel for Defendants.

    The above-entitled matter comes before the Court on Plaintiff's objections to the January 30, 2017, Order of Magistrate Judge Leo I. Brisbois. Specifically, Plaintiff objects to the portion of the Order that limits Plaintiff's inspection of the premises to the exterior of the building and the parking lot.

    This Court will reverse a magistrate judge's order on a nondispositive issue if it is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); D. Minn. L.R. 72.2(a). The Court has reviewed the submissions and the record in

this case and concludes that the relevant portion of Magistrate Judge Brisbois' Order is neither clearly erroneous nor contrary to law.  Therefore, the Order is affirmed.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. United State Magistrate Judge Brisbois' January 30, 2017, Order [Docket No. 24] is **AFFIRMED** to the extent that the Order limits Plaintiff's inspection of the premises to the exterior of the building and the parking lot.

2. Plaintiff's Objection [Docket No. 31] is **OVERRULED**.

Dated:  March 8, 2017                    s/ Michael J. Davis
                                         Michael J. Davis
                                         United States District Court